In The United States District Court
For The Central District Of Illinois
Urbana Division

Anthony Fields R55308,
    Plaintiff,

-vs-      No. _____

Brittany Edward, Mary Miller, Nurse Linda, NP Fabian, LPN Tatman, Nurse Steve, Nurse Sandy, Nurse Dana, Nurse Angel, Nurse Tina, LPN Krista Ragle Doctor Talbot, Christine Brennon, V. Calloway, Wexford.Inc-Danville Correctional Center,
    Defendants.

SCANNED at PCC and E-Mailed 5/14/16 (date) by SV (initials) 16 (# of pages)

## Complaint

42 U.S.C § Suit against state officials for constitutional violations

Now come the Plaintiff, Anthony Fields R55308, and states as follows:

My current address is Pontiac Correctional Center 700 West Lincoln Street P.O. Box 99 Pontiac Illinois 61764

The defendant, Brittany Edward, is employed as a Nurse Practitioner-Wexford.Inc at Danville Correctional Center 3820 East Main Street Danville Illinois 61834

The defendant, Mary Miller, is employed as a Head Nurse-Wexford.Inc at Danville Correctional Center 3820 East Main Street Danville Illinois 61834

The defendant, Nurse Linda, is employed as a Nurse-Wexford. Inc at Danville Correctional Center 3820 East Main Street Danville Illinois 61834

The defendant, NP Fabian, is employed as a Nurse Practitioner-Wexford. Inc at Danville Correctional Center 3820 East Main Street Danville Illinois 61834

The defendant, LPN Tatman, is employed as a LPN-Wexford. Inc at Danville Correctional Center 3820 East Main Street Danville Illinois 61834

The defendant, Nurse Steve, is employed as a Nurse-Wexford. Inc at Danville Correctional Center 3820 East Main Street Danville Illinois 61834

The defendant, Nurse Sandy, is employed as a Nurse-Wexford. Inc at Danville Correctional Center 3820 East Main Street Danville Illinois 61834

The defendant, Nurse Dana, is employed as a Nurse-Wexford. Inc at Danville Correctional Center 3820 East Main Street Danville Illinois 61834

The defendant, Nurse Angel, is employed as a Nurse-Wexford. Inc at Danville Correctional Center 3820 East Main Street Danville Illinois 61834

The defendant, Nurse Tina, is employed as a Nurse-Wexford. Inc at Danville Correctional Center 3820 East Main Street Danville Illinois 61834

The defendant, LPN Krista Bagle, is employed as a LPN-Wexford. Inc at Danville Correctional Center 3820 East Main Street Danville

Illinois 61834

The defendant, Doctor Talbot, is employed as a Doctor. Wexford. Inc at Danville Correctional Center 3820 East Main Street Danville Illinois 61834

The defendant, Christine Brannon, is employed as a Warden at Danville Correctional Center 3820 East Main Street Danville Illinois 61834

The defendant, V. Calloway, is employed as a Warden at Danville Correctional Center 3820 East Main Street Danville Illinois 61834

The defendant, Wexford Inc, is employed as Medical Care Unit - Wexford. Inc at Danville Correctional Center 3820 East Main Street Danville Illinois 61834

## Litigation History

A) Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case? No

B) Have you brought any other lawsuits in state or federal court while incarcerated? No

## Exhaustion Of Administrative Remedies

A) Is there a grievance procedure available at your institution? Yes

B) Have you filed grievance concerning the facts relating to this complaint? Yes

C) Is the grievance process completed? Yes

## Statement Of Claim

Place Of The Occurrence: Danville Correctional Center

Date Of The Occurrence: May 26, 2015; June 08, 2015; June 09, 2015

July 21, 2015 ; August 03, 2015

Witness To The Occurrence: No

This suit is bringing Deliberate Indifference To A Serious Medical Need, Failure To Intervene, and Cruel And Unusual Punishment

1) May 26, 2015 Plaintiff Anthony Fields R55308 was housed at Danville Correctional Center segregation unit, Plaintiff Anthony Fields R55308 was in real serious pain

2) Plaintiff Anthony Fields R55308 put in for sick call, Plaintiff Anthony Fields R55308 then was seen by Defendant Nurse Angel.

3) Defendant Nurse Angel seen how much pain Plaintiff Anthony Fields R55308 was in and how Plaintiff Anthony Fields R55308 scalps had swollen puss bumps on, Plaintiff Anthony Fields R55308 neck and lowerbody. Plaintiff Anthony Fields R55308 scalps had bleeded on Plaintiff Anthony Fields R55308 sheets when laying down on them

4) Defendant Nurse Angel put Plaintiff Anthony Fields R55308 into see Defendant NP-Brittany Edwards under the "Emergency Act". Defendant Nurse Angel violated Plaintiff Anthony Fields R55308 Eighth Amendment Deliberate Indifference To A Serious Medical Need, and Cruel And Unusual Punishment.

5) Defendant Nurse Angel didn't give Plaintiff Anthony Fields R55308 any medical relief for pain are the bleeding, until Plaintiff Anthony Fields R55308 could be seen by Defendant NP-Brittany Edwards

6) June 08, 2015 and June 09, 2015 Plaintiff Anthony Fields R55308 seen Defendant NP-Brittany Edwards and Defendant Nurse Dena was walking cell-to-cell in the segregation unit

7) Defendant NP Britteny Edwards and Defendant Nurse Dana came to Plaintiff Anthony Fields R55308 cell door and asked Plaintiff Anthony Fields R55308, do Plaintiff Anthony Fields R55308 need anything at all.

8) Plaintiff Anthony Fields R55308 told Defendant NP Britteny Edwards and Defendant Nurse Dana, about Plaintiff Anthony Fields R55308 serious infection

9) Defendant NP Britteny Edwards and Defendant Nurse Dana didn't look at Plaintiff Anthony Fields R55308 serious infection. Defendant NP Britteny Edwards and Defendant Nurse Dana had violated Plaintiff Anthony Fields R55308 Eighth Amendment Deliberate Indifference To A Serious Medical Need, and Cruel And Unusual Punishment.

10) After Plaintiff Anthony Fields R55308 showed and told Defendant NP Britteny Edwards and Defendant Nurse Dana all the blood on Plaintiff Anthony Fields R55308 sheets

11) Defendant NP Britteny Edwards told Plaintiff Anthony Fields R55308 I (Defendant NP Britteny Edwards) will look at the case load and see if you (Plaintiff Anthony Fields R55308) was on there. Defendant NP Britteny Edwards told Plaintiff Anthony Fields R55308 I (Defendant NP Britteny Edwards) will get back in touch with you (Plaintiff Anthony Fields R55308). Plaintiff Anthony Fields R55308 never got a response back on anything at all from Defendant NP Britteny Edwards. Defendant NP Britteny Edwards failure to intervene

12) After no response Plaintiff Anthony Fields R55308 started all over again dropping request slip. About Plaintiff Anthony Fields R55308 serious infection and serious medical need

13) June 27, 2015 Plaintiff Anthony Fields R55308 started to complaint to Defendant Mary Miller the Headnurse of Danville Correctional Center Health Care Unit/Medical Department. Asking Defendant Mary Miller to interview me (Plaintiff Anthony Fields R55308) about a serious infection and serious medical need

14) Defendant Mary Miller had knowledge about Plaintiff Anthony Fields R55308 issue, infection and serious medical need. Still Defendant Mary Miller didn't do anything about it are anything. Violated Plaintiff Anthony Fields R55308 Eighth Amendment Deliberate Indifference To A Serious Medical Need, and Cruel And Unusual Punishment

15) July 02, 2015 Defendant Nurse Tina gave me (Plaintiff Anthony Fields R55308) Anti-boctic around 11:00 a.m., but that was after Defendant Nurse Tina told Plaintiff Anthony Fields R55308. That I (Defendant Nurse Tina) can't do anything without Defendant Brittery Edwards say so

16) Plaintiff Anthony Fields R55308 still complaint about the things, Plaintiff Anthony Fields R55308 got from Defendant Nurse Tina. But later on in that time of day on July 02, 2015 Defendant Nurse Tina gave Plaintiff Anthony Fields R55308 onitment and pain pills. But the bigger issue was still not fix. Plaintiff Anthony Fields R55308 was still in really serious pain and a serious infection. Plaintiff Anthony Fields R55308 infection and pain was getting badder and more serious to

17) Defendent Nurse Tina had seen how bad it was for Plaintiff Anthony Fields R55308, but still Defendent Nurse Tina didn't give Plaintiff Anthony Fields R55308 the right medical treatment

18) Defendent Nurse Tina had knowledge of medical treatment, which

Violations Plaintiff Anthony Fields R55308 Eighth Amendment Deliberate Indifference To A Serious Medical Need, and Cruel And Unusual Punishment

19) Defendant Doctor Tolbot gave Plaintiff Anthony Fields R55308 treatment just to shut Plaintiff Anthony Fields R55308 up about it

20) Plaintiff Anthony Fields R55308 got the treatment from Defendant Doctor Tolbot. Plaintiff Anthony Fields R55308 told Defendant Doctor Tolbot, that other medical staff's and doctor's tried the same thing but it didn't work. Defendant Doctor Tolbot told Plaintiff Anthony Fields R55308 you take what I gave you are what. Plaintiff Anthony Fields R55308 took the treatment Defendant Doctor Tolbot had to give to Plaintiff Anthony Fields R55308

21) July 10, 2015 while in the segregation unit Defendant NP Brittany Edwards and Nurse Eliche. Came to Plaintiff Anthony Fields R55308 cell door finally after all the complaints

22) Defendant NP Brittany Edwards and Nurse Eliche knew about Plaintiff Anthony Fields R55308 situtation, thinking Defendant NP Brittany Edwards and Nurse Eliche was going to pull Plaintiff Anthony Fields R55308 out of the cell, but that didn't happen at all in the issue

23) Defendant NP Brittany Edwards and Nurse Eliche use a flash threw a little box window to look at Plaintiff Anthony Fields R55308 issue. Defendant NP Brittany Edwards and Nurse Eliche never look at Plaintiff Anthony Fields R55308 neck or lowerbody. Defendant Brittany Edwards told Plaintiff Anthony Fields R55308 I will

give you Plaintiff Anthony Fields R55308 more Anti-Biotic

24) Plaintiff Anthony Fields R55308 told Nurse Patty the the Anti-Biotic make Plaintiff Anthony Fields R55308 Feel sick. Plaintiff Anthony Fields R55308 still took the medical because the Health care Unit/Medical Department did not are wouldn't give Plaintiff Anthony Fields R55308 anything else

25) Plaintiff Anthony Fields R55308 started feeling quizee, lightmead and having heatflashs. Plaintiff Anthony Fields R55308 notifed the segregation unit L.T. Robbins about Plaintiff Anthony Fields R55308 issue. L.T Robbins notifed the Healthcare Department and they send Defendant Nurse Linda

26) Defendant Nurse Linda told Plaintiff Anthony Fields R55308, that Plaintiff Anthony Fields R55308 was lieing about the prebablem. Defendant Nurse Linda asked Plaintiff Anthony Fields R55308 why keep taking it if it make you feel that way. Defendant Nurse Linda told Plaintiff Anthony Fields R55308 there ain't anything Defendant Nurse Linda can do about it at all

27) Med-line Defendant LPN Tatman told Plaintiff Anthony Fields R55308 that things like that happen. Defendant LPN Tatman told Plaintiff Anthony Fields R55308 there ain't anything I can do about your issue at all. The things Defendants/medical staff gave Plaintiff Anthony Fields R55308 still didn't work are help the serious infection

28) Plaintiff Anthony Fields R55308 when seven more days, only to get Plaintiff Anthony Fields R55308 scalp to get serious day by day

29) Plaintiff Anthony Fields R55308 on July 14, 2015 told and showed Defendant Christine Brannon about Plaintiff Anthony Fields R55308 issue

30) Defendant Christine Brannon told Plaintiff Anthony Fields R55308

it ain't anything Defendant Christine Brennan can do about it at all. Violeted Plaintiff Anthony Fields R55308 Eighth Amendment Deliberate Indifference to A Serious Medical Need, and Cruel And Unusual Punishment

31) July 16, 2015 Defendant Britteny Edwards came to Plaintiff Anthony Fields R55308 cell door. Plaintiff Anthony Fields R55308 told Defendant Britteny Edwards that the Anti-Biotic didn't work. Defendant Britteny Edwards told Plaintiff who give a fuck what works and what don't work. Take the shit ate don't, Defendant Britteny Edwards told Plaintiff Anthony Fields R55308 I'm tried of your shit. And walked off Plaintiff Anthony Fields R55308 cell door

32) Three days later Plaintiff Anthony Fields R55308 still in so much pain. Defendant Nurse Steve came to Plaintiff Anthony Fields R55308 cell door, to give Plaintiff Anthony Fields R55308 the same shampoo

33) Defendant Nurse Steve told Plaintiff Anthony Fields R55308, Defendant Nurse Steve told Plaintiff Anthony Fields R55308 you better hope this work cause you ain't getting anything else

34) Plaintiff Anthony Fields R55308 still being in so much pain told Defendant LPN-Krista Ragle about his issue. Defendant LPN-Krista Ragle told Plaintiff Anthony Fields R55308 that Defendant LPN-Krista Ragle can't do anything but take Plaintiff Anthony Fields R55308 request slip

35) Plaintiff Anthony Fields R55308 did the same with Defendant Nurse Sandy and Defendant Nurse Steve. Both Defendants Nurse Steve and Nurse Sandy said the something Defendants LPN Kriste Ragle. All three of these Defendants know about Plaintiff Anthony Fields R55308 issue and medical probable. Which make them Defendants Violations Plaintiff

Anthony Fields R55308 Eighth Amendment Deliberate Indifference To A Serious Medical Need, and Cruel And Unusual Punishment

36) Defendant V. Calloway (warden) got a request slip and a grievance from Plaintiff Anthony Fields R55308. Telling Defendant V. Calloway (warden) what's the issue and still didn't get any help at all.

Date: May 15, 2016: Sunday

Respectfully Submitted

x Anthony Fields

Anthony Fields R55308
Pontiac Correctional Center
700 West Lincoln Street
P.O. Box 99
Pontiac Illinois 61764

Relief Requested

Plaintiff Anthony Fields R55308 suing each Defendants in they individual capacity.

Plaintiff Anthony Field R55308 also suing each Defendants in they official capacity.

A) Award compensatory damages in the following amounts:

1) $100,000 against Defendant Brittany Edward for the psychological, emotional and physical injuries sustained as a result of the Plaintiff Anthony Fields R55308 not being treated

2) $100,000 against Defendant Mary Miller for the psychological, emotional and physical injuries sustained as a result of the Plaintiff Anthony Fields R55308 not being treated

3) $100,000 against Defendant Nurse Linda for the psychological, emotional and physical injuries sustained as a result of the Plaintiff Anthony Fields R55308 not being treated

4) $100,000 against Defendant NP Fabian for the psychological, emotional and physical injuries sustained as a result of the Plaintiff Anthony Fields R55308 not being treated

5) $100,000 against Defendant LPN Tatman for the psychological, emotional and physical injuries sustained as a result of the Plaintiff Anthony Fields R55308 not being treated

6) $100,000 against Defendant Nurse Steve for the psychological, emotional and physical injuries sustained as a result of the Plaintiff Anthony Fields R55308 not being treated

7) $100,000 against Defendant Nurse Sandy for the psychological, emotional and physical injuries sustained as a result of the Plaintiff

Anthony Fields R55308 ~~[redacted]~~ not being treated

8) $100,000 against Defendant Nurse Dana for the psychological, emotional and physical injuries sustained as a result of the Plaintiff Anthony Fields R55308 not being treated

9) $100,000 against Defendant Nurse Angel for the psychological, emotional and physical injuries sustained as a result of the Plaintiff Anthony Fields R55308 not being treated

10) $100,000 against Defendant Nurse Tina for the psychological, emotional and physical injuries sustained as a result of the Plaintiff Anthony Fields R55308 not being treated

11) $100,000 against Defendant Krista Ragle for the psychological, emotional and physical injuries sustained as a result of the Plaintiff Anthony Fields R55308 not being treated

12) $100,000 against Defendant Doctor Talbot for the psychological, emotional and physical injuries sustained as a result of the Plaintiff Anthony Fields R55308 not being treated

13) $100,000 against Defendant Christine Brannon for the psychological, emotional and physical injuries sustained as a result of the Plaintiff Anthony Fields R55308 not being treated

14) $100,000 against Defendant V. Calloway for the psychological, emotional and physical injuries sustained as a result of the Plaintiff Anthony Fields R55308 not being treated

B) Award punitive damages in the following amounts:

1) $75,000 each and against Defendant Christine Brannon and Defendant V. Calloway

2) $75,000 each and against Defendant Brittany Edward and

Defendant Mary Miller

3) $75,000 each and against Defendant Doctor Talbot and Defendant NP Fabian

4) $50,000 each and against Defendant LPN Tatman and Defendant LPN Krista Ragle

5) $25,000 each and against Defendant Nurse Linda and Defendant Nurse Dana

6) $25,000 each and against Defendant Nurse Steve and Defendant Nurse Sandy

7) $25,000 each and against Defendant Nurse Angel and Defendant Nurse Tina

c) Grant such other relief as it appear that Plaintiff Anthony Fields R55308 is entitled too.

Jury Demand: Yes

Signed this 15 day of month May, 2016

Respectfully Submitted

X Anthony fields

Anthony Fields R55308

Pontiac Correctional Center

700 West Lincoln Street

P.O. Box 99

Pontiac Illinois 61764

Anthony Fields R55308 also have a Jailhouse Lawyer by the name of Lyndon L. Warren B82476, helpping. Plaintiff Anthony Fields R55308 on this case and wrote the hole case's for Plaintiff Anthony Fields R55308. Do to the issues at hand Plaintiff Anthony Fields R55308 Jailhouse Lawyer will be moving in the next two week. And that will make Plaintiff Anthony Fields R55308 have no knowledge of what's going on at all.

3) A trial is this case will likely involve conflicting testimony, and counsel would better enable Plaintiff Anthony Fields R55308 to present evidence and cross examine witnesses.

4) Plaintiff Anthony Fields R55308 has made repeated efforts to obtain a lawyer! Plaintiff Anthony Fields R55308 wrote "Loevy & Loevy Attorneys At Law", and wrote also other law offices on multiple time never get any kind of response back at all from the letter

Wherefore Plaintiff Anthony Fields R55308 request that this court will appoint counsel for this case

Date! May 15, 2016! Sunday

Respectfully Submitted

x anthony fields

Anthony Fields R55308
Pontiac Correctional Center
700 West Lincoln Street
P.O. Box 99
Pontiac Illinois 61764