040904/19344/PEH/JNR/BJC

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| ANTHONY FIELDS,<br><br>        Plaintiff,<br><br>v.<br><br>BRITTANY EDWARD, et al.,<br><br>        Defendants. | No. 16-cv-2108<br><br>Judge Colin Stirling Bruce |

### ANSWER TO PLAINTIFF'S AMENDED COMPLAINT WITH AFFIRMATIVE DEFENSES

NOW COMES the Defendants, LPN JEANINE TATMAN, BRITTANY EDWARD, DR. PAUL TALBOT AND WEXFORD HEALTH SOURCES, INC., by their attorneys, CASSIDAY SCHADE LLP, and pursuant to Local Rule 16.3(E)(2) and the Court's May 17, 2016 Order, hereby submit their Answer and Affirmative Defenses to Plaintiff's Complaint, stating as follows:

1. Defendant Tatman admits she has been employed as an LPN at Danville Correctional Center at what appears to be the time relevant to the Complaint.

2. Defendant Edward admits she was formerly employed as a nurse practitioner at Danville at what appears to be a time relevant to the Complaint but denies she currently works at Danville.

3. Defendant Talbot admits he was formerly employed as a physician and medical director at Danville at what appears to be a time relevant to the Complaint but denies he currently works at Danville.

4. Defendant Wexford admits that it is a medical vendor to the Illinois Department of Corrections and provides medical staff at Danville Correctional Center in accordance with its contract with the Illinois Department of Corrections.

5. Defendants admit that jurisdiction and venue are proper in the Central District of Illinois.

6. Defendants deny that any act or omission on their part constitutes deliberate indifference to a serious medical need.

7. Defendants deny that Plaintiff had a serious medical need as alleged in the Complaint.

8. Defendants deny that any response they may or may not have made to any request of the Plaintiff constituted deliberate indifference to a serious medical need.

9. Defendants deny that Plaintiff was injured by any act, omission, or delay allegedly caused by Defendants.

10. Defendants deny Plaintiff was injured by any unconstitutional custom, policy, or practice of Defendant Wexford.

11. Defendants deny that Plaintiff is entitled to any relief whatsoever.

12. Defendants deny that Plaintiff's claims are meritorious.

**DEFENDANTS DEMAND TRIAL BY JURY**

### AFFIRMATIVE DEFENSES

1. At all times relevant herein, Defendants acted in good faith in the performance of their official duties and without violating Plaintiff's clearly established statutory or constitutional rights of which a reasonable person would have known. Defendants are therefore protected from suit by the doctrine of qualified immunity.

2

2. To the extent Plaintiff has failed to exhaust his administrative remedies prior to initiating bringing this action, his claims are barred by Section 1997e(a) of the Prison Litigation Reform Act.

3. To the extent Plaintiff's claims are more than two years old, they are barred by the applicable statute of limitations.

**DEFENDANTS DEMAND TRIAL BY JURY AS TO THEIR AFFIRMATIVE DEFENSES**

WHEREFORE, for the above reasons, Defendants respectfully requests this Honorable Court deny Plaintiff any relief in this matter and grant Defendants judgment as to all matters and any other relief deemed appropriate, including cost of suit.

    Respectfully submitted,

    CASSIDAY SCHADE LLP

    By: /s/ Joseph N. Rupcich
    Attorneys for Defendants, LPN JEANINE TATMAN, BRITTANY EDWARD, DR. PAUL TALBOT AND WEXFORD HEALTH SOURCES, INC.

Joseph N. Rupcich
ARDC No. 6283899
CASSIDAY SCHADE LLP
111 North Sixth Street, 2nd Floor
Springfield, IL 62701
(217) 572-1714
(217) 572-1613 (Fax)
jrupcich@cassiday.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 27, 2016, I electronically filed the foregoing Answer to Plaintiff's Complaint with Affirmative Defenses with the Clerk of the Court using the CM/ECF system. The electronic case filing system sent a "Notice of E-Filing" to the following:

and I hereby certify that a true and correct copy of the foregoing Answer to Plaintiff's Complaint with Affirmative Defenses was served via regular mail to the following non-CM-ECF participant at the following address by depositing the same in the U.S. mail located in Springfield, Illinois, with proper postage prepaid, on July 27, 2016. Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth herein are true and correct:

PRO SE:
Anthony Fields
IDOC #R55308
Pontiac Correctional Center
Inmate Mail/Parcels
P.O. Box 99
Pontiac IL 61764
(815) 842-2816

/s/ Joseph N. Rupcich

8279029 JRUPCICH;JRUPCICH