## VERDICT FORM PART 1 – CLAIMS

### Claim of Failure to Provide Medical Care

On Plaintiff's claim of failure to provide medical care, we, the jury, find in favor of:

1. Plaintiff Anthony Fields or Defendant **Brittany Edward** (circle one)

2. Plaintiff Anthony Fields or Defendant **Linda Daily** (circle one)

3. Plaintiff Anthony Fields or Defendant **Jeanine Tatman** (circle one)

4. Plaintiff Anthony Fields or Defendant **Steve White** (circle one)

5. Plaintiff Anthony Fields or Defendant **Sandra Lemon** (circle one)

6. Plaintiff Anthony Fields or Defendant **Dana Ritchie** (circle one)

7. Plaintiff Anthony Fields or Defendant **Kristina Miles** (circle one)

### Official Policy Claim

On Plaintiff's official policy claim, we, the jury, find in favor of:

(check one)    ☐    Plaintiff Anthony Fields

    ☒    Defendant Wexford Health Sources, Inc.

FILED

APR 17 2019

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

# VERDICT FORM PART 2—Damages

*If you found in favor of the Plaintiff on <u>either</u> of the claims in Part 1 above, complete the paragraphs on damages below. If you found in favor of all the Defendants on <u>both</u> of the claims in Part 1 above, skip this part and sign and date the verdict form.*

1. We fix Plaintiff's total compensatory damages in the amount of $_____. *(If you found against any of the Defendants, but found that Plaintiff failed to prove compensatory damages, then write $1.00 for damages.)*

*If you found against a particular Defendant on <u>either</u> of the claims in Part 1 above, you may assess punitive damages against that particular Defendant. You may not award punitive damages against a Defendant unless you have first found against that Defendant and you have awarded Plaintiff compensatory damages. State the amount, or, if none, write the word "none."*

2. Having found against a particular Defendant on one or more of the above claims, we fix Plaintiff's punitive damages, if any, against that Defendant as follows:

| Defendant | Amount |
|---|---|
| Defendant Brittany Edward | $_____ |
| Defendant Linda Daily | $_____ |
| Defendant Jeanine Tatman | $_____ |
| Defendant Steve White | $_____ |
| Defendant Sandra Lemon | $_____ |
| Defendant Dana Ritchie | $_____ |
| Defendant Kristina Miles | $_____ |
| Defendant Wexford Heath Sources, Inc. | $_____ |

# VERDICT FORM PART 3—Signatures and Date

We, the jury, having reached a unanimous agreement, affix our signatures below.

Date: 17 April 2019

_____
s/Presiding Juror

_____
s/Juror

_____
s/Juror

_____
s/Juror

_____
s/Juror

_____
s/Juror

_____
s/Juror

_____
s/Juror